IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND, PIPEFITTERS NATIONAL PENSION FUND, <br><br> *Plaintiffs*, <br><br> v. <br><br> THOMPSON PLUMBING CORPORATION, <br><br> *Defendant*. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:10-cv-1281 |

## ORDER

This matter comes before the Court on the Report and Recommendation (Dkt. No. 16) of Magistrate Judge Thomas Rawles Jones, Jr., dated June 16, 2011 recommending that default judgment be entered against Defendant Thompson Plumbing Corporation in favor of Plaintiffs in the amount of $12,627.04 plus interest on delinquent contributions continuing to accrue at twelve percent (12%) per annum from June 10, 2011 until full payment is made. The Magistrate Judge further recommended that the Court enjoin Defendant from violating the terms of plaintiff's employee benefit plan and order Defendant to submit timely contribution and reports to Plaintiffs' fund. No objections to the Report and Recommendation have been filed as of the date of this order.

The Court conducted a *de novo* review of the record in this case and adopts the findings and recommendation of the Magistrate Judge. Accordingly, it is hereby

ORDERED that judgment is entered in favor of the Trustees of the Plumbers and Pipefitters National Pension Fund in the amount of $12,627.04 plus interest on delinquent contributions continuing to accrue at twelve percent (12%) per annum from June 10, 2011 until

full payment is made. Defendant is hereby ENJOINED from violating the terms of Plaintiffs' employee benefit plan and is hereby ORDERED to submit timely contributions and reports to Plaintiffs' fund.

It is further ORDERED that the Clerk of Court is directed to enter judgment against Defendant.

July 20, 2011
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge